■ PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH WILLIAMS, Appellant, v MALCOLM R. CULLY, Superintendent, Collins Correctional Facility, Respondent. [979 NYS2d 901]—Appeal from a judgment (denominated amended decision and order) of the Supreme Court, Erie County (M. William Boller, A.J.), entered

September 17, 2012 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: Petitioner's appeal from the judgment dismissing his petition for a writ of habeas corpus has been rendered moot by his release to parole supervision (*see People ex rel. Baron v New York State Dept. of Corrections*, 94 AD3d 1410, 1410 [2012], *lv denied* 19 NY3d 807 [2012]), and the exception to the mootness doctrine does not apply (*see id.; see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). While this Court has the power to convert the habeas corpus proceeding into a CPLR article 78 proceeding, we decline to do so under the circumstances of this case (*see People ex rel. Keyes v Khahaifa*, 101 AD3d 1665, 1665 [2012], *lv denied* 20 NY3d 862 [2013]). Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.